State of Louisiana
DEPARTMENT OF JUSTICE
P.O. BOX 94005
BATON ROUGE
70804-9005

JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL

April 8, 2013

Grodner Law Firm
Donna Grodner
223 Quail Run Drive, Suite B
Baton Rouge, La 70808

RE: Darrin Robinson v. Captain Percy Babin et al
USMD # 12-629 BAJ-RLB

Donna,

Please allow this letter to confirm our previous phone conversation wherein you agreed not to release or otherwise make reference to the identity of the confidential informant (to anyone including your client) that was divulged to you by way of deposition testimony of Captain Percy Babin on the 5th day of April 2013. As we discussed, the release of such confidential information poses an immediate and severe safety and security risk to Dixon Correctional Institute, its inmates, and its employees in that if the identify of such a confidential informant becomes known to the prison population it puts both the prison personnel and inmate population at severe risk of substantial bodily harm from retaliation by the aggrieved confidential informant.

By placing your signature below, you agree to the above terms and also consent to the redaction of the deposition transcript to strike any reference to the name or other identifying information of the confidential informant in this matter.

Sincerely,

TRAVIS J. DENICOLA (33090)
ASSISTANT ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
**LITIGATION DIVISION**
1885 North Third Street, 4th Floor
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone No. 225-326-6408
Facsimile No. 225-326-6495
E-Mail Address: denicolat@ag.state.la.us

Donna Grodner
Grodner Law Firm
223 Quail Run Drive, Suite B
Baton Rouge, La 70808

EXHIBIT
A